# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America <br> v. <br> MYLES DOWLING <br> *Defendant(s)* | ) ) ) ) ) ) ) Case No. 12-8341-DLB |

FILED by _____ D.C.
SEP - 4 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Thursday, August 30, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113 | Bank Robbery. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

By _____
Complainant's signature

BIJAN HUNTER, SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: 09/04/2012

_____
Judge's signature

City and state: West Palm Beach, Florida

Dave Lee Brannon, United States Magistrate Judge
Printed name and title

# **AFFIDAVIT**

Your affiant, Bijan Hunter, being duly sworn, does hereby depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the Miami, Florida, Field Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1)(e).

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since November of 2005. I was assigned to the Tampa Field Division (TFD) from March of 2006 to July of 2011. I am presently assigned to the Miami Field Division, West Palm Beach Resident Office (WPBRO). Prior to my employment with the FBI, I was employed as a SA with the Department of Homeland Security, Immigration and Custom Enforcement (ICE), Syracuse (New York) Resident Office from July 2004 to November 2005. Prior to my employment with ICE, I was a Police Officer with Dekalb County Police Department in Atlanta, Georgia from November 1997 to July 2004. I currently have over fourteen (14) years of law enforcement experience.

3. Based on my experience as a federal law enforcement officer, I have conducted investigations of, and have been instructed in investigative techniques

1

concerning bank robberies and conspiracies to commit bank robberies. Based upon this experience, I have also become well versed in the methodology utilized in bank robberies and the unique patterns employed by bank robbers. I have also conducted numerous physical surveillances, electronic surveillances, and wire surveillances.

4. The facts set forth in this affidavit are based in part on my personal knowledge, information obtained throughout this investigation by others, including other law enforcement officers, my review of documents and records related to this investigation, and information gained from my training and experience. I am familiar with the facts and circumstances of this investigation.

5. The FBI and other law enforcement agencies are investigating the activities of MYLES DOWLING as they relate to bank robbery. As will be shown below, there is probable cause to believe that on August 30, 2012, in Palm Beach County in the Southern District of Florida, MYLES DOWLING committed bank robbery, in violation of 18 U.S.C. § 2113.

6. The statements in this Affidavit are based in part on information provided by agents of the Miami Division of the FBI, local law enforcement agencies, and my investigation of this matter. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to charge DOWLING with bank robbery.

7. On August 30, 2012, the PNC Bank located at 1401 North Federal Hwy,

Boca Raton, Florida was robbed by an unidentified male (UNSUB) brandishing a black revolver handgun with a long barrel and wearing a Boston Red Sox, baseball style hat with a red bandana under it, a T-shirt with blue lettering on the back stating "CH Newton", and long white & blue checkered/plaid shorts. After receiving money, the UNSUB left the bank parking lot driving a dark colored four door, early 2000s model Honda Civic.

8. On September 3, 2012, an individual (hereinafter confidential source (CS)) was walking on the third floor of building "A", past room number 304, at the Homing Inn located at 2821 Federal Highway, Boynton Beach, Florida, when the CS heard a male individual, later identified as MYLES DOWLING, standing inside room number 304 talking on a cellular telephone with the door wide open. DOWLING told the person on the telephone that he was hurting, and "I need another sweet lick, I need to catch another bank." The CS walked away from room number 304. Shortly thereafter, the CS returned, and the door to room number 304 was still completely open. This time the CS observed DOWLING placing a long gun and a revolver style handgun with a long barrel underneath the mattress. After observing the weapons, the CS notified the Boynton Beach Police Department.

9. After the Boynton Beach Police Department met with the CS, they checked the local nearby municipalities for any recent bank robberies matching the description of DOWLING or a black Honda Civic. They gleaned that on August 30, 2012, the PNC Bank in Boca Raton, Florida, as robbed by a person who matched the description the CS

had provided of DOWLING, and that the vehicle driven by the bank robber matched the description of DOWLING's vehicle. Additionally, the description of the long barrel revolver provided by the CS matched the description of the gun used in the bank robbery. According to hotel records, DOWLING checked into Room A-304 of the Homing Inn on September 1, 2012, and that room is currently registered in his name. Boynton Beach Police then contacted the Boca Raton Police Department and established surveillance of the Homing Inn. When DOWLING arrived to the area in the black Honda Civic, the Boynton Beach Police Department detained DOWLING.

10. When the Officers approached DOWLING, he was wearing a dark color Boston Red Sox baseball style hat and he also had another similar hat in plain view inside of his vehicle. These hats matched the hat worn by the bank robber. The Boca Raton Police Department provided DOWLING his Advice of Rights and DOWLING requested to speak with an attorney. Prior to DOWLING requesting his attorney, he advised he was from a town in Massachusetts, which was not far from the office of CH Newton Construction Company. An LG "tracfone" cellular telephone was recovered when DOWLING was detained; however DOWLING advised that he did not know his telephone number. This phone is currently in the custody of the FBI. The affiant has observed DOWLING and reviewed surveillance footage of the bank robbery and believes that DOWLING has the same goatee, facial features, and body type of the bank robber.

11. A search of NCIC records revealed that the Massachusetts license plate of the 2005 black Honda Civic driven by DOWLING, is registered to E.L. of Boston,

Massachusetts. This vehicle matched the description of the vehicle driven by the bank robbery as well as the images of the vehicle which were captured in the PNC Bank surveillance video.

12. On September 3, 2012, FBI Agents executed a search warrant at the hotel room in which DOWLING was residing. Agents found, among other things, a Remington 870 shotgun, a Colt 38 special handgun, 29 rounds of Winchester 38 special ammunition, and 14 rounds of Winchester 12 gauge ammunition. The Colt 38 special handgun found in DOWLING's hotel room has a distinctive long barrel and matches the handgun used in the robbery of the PNC bank on August 30, 2012.

## CONCLUSION

13. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that, on August 30, 2012, in Palm Beach County, in the Southern District of Florida, MYLES DOWLING committed bank robbery in violation of 18 U.S.C. §§ 2113.

Special Agent Bijan Hunter
Federal Bureau of Investigation

Subscribed and sworn to before me this 4th day of September, 2012.

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name** : **MYLES DOWLING**

Case No: 12-8341-DLB

**Cournt #: 1**

Bank Robbery.

18 U.S.C. § 2113

\* **Max.Penalty**:   20 years imprisonment; 5 years supervised release; $250,000 fine.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8341-DLB

### BOND RECOMMENDATION

DEFENDANT: MYLES DOWLING

PRE-TRIAL DETENTION

(Personal Surety) (Corporate Surety) (Cash) (<u>Pre-Trial Detention</u>)

By: _Stephanie Evans_
AUSA:   Stephanie D. Evans

Last Known Address: _____

What Facility: _____

Agent(s):   Special Agent Bijan Hunter
(<u>FBI</u>)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-8341-DLB

UNITED STATES OF AMERICA

vs.

MYLES DOWLING,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: *Stephanie Evans*
     Stephanie D. Evans
     Assistant United States Attorney
     Florida Bar No. 255180
     500 S. Australian Avenue, Suite 400
     West Palm Beach, FL 33401
     TEL: (561) 820-8711
     FAX: (561) 805-9846