# CRIMINAL COURT MINUTES
## U.S. Magistrate Judge DAVE LEE BRANNON

FILED by SA D.C.
Page: 1
SEP - 4 2012
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

Courtroom Number # 2  Date: 09/04/2012  Time: 10:00 A.M.

Defendant: MYLES DOWLING  J#: _____  Case #: 12-8341-DLB
AUSA: STEPHANIE EVANS  Attorney: _____
Violation: 18:2113(a)  Agent: BIJAN HUNTER-FBI
Proceeding: INITIAL HEARING  CJA Appt: _____
Bond/PTD Held: ☐ Yes  ☐ No  Recommended Bond: PTD (REQUESTED BY GOVT)
Bond Set at: _____  Co-signed by: _____

☐ All standard conditions
☐ Surrender and/or do not obtain passport/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ p.m. to ___ a.m., paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other: _____

Language: ENGLISH

Disposition: Initial held. Deft. present - sworn/test & advise of rights. Complaint sign & sworn to by agent in open court. Deft. states he can afford to retain counsel.

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:
Report RE Counsel: 9-7-12  10AM  Duty MAG.  WPB
PTD/Bond Hearing: 9-7-12  "  "  "
Prelim/Arraign or Removal: 9-18-12  "  "  "
Status Conference RE: _____
D.A.R. 10:14:40  Time in Court: 8 MINS

Courtroom Deputy: Sandra Acevedo